# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:25−mj−00342−JLW−1
## *Internal Use Only*

| | |
|---|---|
| Case title: USA v. TAYLOR | Date Filed: 08/27/2025 |

Other court case number: 2:25−cr−20560 EASTERN DISTRICT OF MICHIGAN

Assigned to: MAG/JUDGE JOE L. WEBSTER

**Defendant (1)**

**DAVID TAYLOR**     represented by     **MIREILLE P. CLOUGH**
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF N.C.
301 N. ELM ST., STE. 410
GREENSBORO, NC 27401
336−631−5278
Fax: 336−631−5280
Email: mireille_p_clough@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| RULE 5 ARREST | |

**Plaintiff**

| | | | |
|---|---|---|---|
| USA | | represented by | **JOANNA G. MCFADDEN**<br>U. S. ATTORNEY'S OFFICE – MDNC<br>101 S. EDGEWORTH ST., 4TH FLOOR<br>GREENSBORO, NC 27401<br>336–332–6362<br>Fax: 336–333–5381<br>Email: joanna.mcfadden@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2025 | | Arrest (Rule 5) of DAVID TAYLOR. (pl) (Entered: 08/27/2025) |
| 08/27/2025 | | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DAVID TAYLOR held on 8/27/2025. AUSA JoAnna McFadden. AFPD Mireille Clough present and appointed. Defendant advised of rights and charges. Defendant waives hearings to which he may be entitled in the MDNC and requests a detention hearing and court appointed counsel in the prosecuting district. Proceedings recorded. (pl) (Entered: 08/27/2025) |
| 08/27/2025 | 1 | SEALED FINANCIAL AFFIDAVIT by DAVID TAYLOR. (jls) (Entered: 08/27/2025) |
| 08/27/2025 | 2 | **ORDER Appointing Assistant Federal Public Defender** MIREILLE P. CLOUGH for DAVID TAYLOR. Signed by MAG/JUDGE JOE L. WEBSTER on 8/27/2025. (jls) (Entered: 08/27/2025) |
| 08/27/2025 | 3 | WAIVER of Rule 5 & 5.1 Hearings by DAVID TAYLOR. (jls) (Entered: 08/27/2025) |
| 08/27/2025 | 4 | COMMITMENT TO ANOTHER DISTRICT as to DAVID TAYLOR. Defendant committed to the EASTERN DISTRICT OF MICHIGAN. Signed by MAG/JUDGE JOE L. WEBSTER on 8/27/2025. (jls) (Entered: 08/27/2025) |

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: MAG/JUDGE JOE L. WEBSTER (daniel_stainkamp@ncmd.uscourts.gov,
judge_webster@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
pedra_lee@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov), U. S. Marshal's Office
(breanna.wilton@usdoj.gov, delray.anthony@usdoj.gov, ecf.usmsncm@usdoj.gov,
jason_robertson@usdoj.gov, jessica.williams2@usdoj.gov, matthew_little@usdoj.gov,
michael.montalvo@usdoj.gov)
--No Notice Sent:

Message-Id:4277554@ncmd.uscourts.gov
Subject:Activity in Case 1:25-mj-00342-JLW USA v. TAYLOR Arrest - Rule 5
Content-Type: text/html
```

# U.S. District Court

## North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 8/27/2025 at 10:22 AM EST and filed on 8/27/2025

| | |
|---|---|
| **Case Name:** | USA v. TAYLOR |
| **Case Number:** | <u>1:25-mj-00342-JLW</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of DAVID TAYLOR. (pl)**


**1:25-mj-00342-JLW-1 Notice has been electronically mailed to:**

**1:25-mj-00342-JLW-1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: MAG/JUDGE JOE L. WEBSTER (daniel_stainkamp@ncmd.uscourts.gov,
judge_webster@ncmd.uscourts.gov, kimberly_garrett@ncmd.uscourts.gov,
pedra_lee@ncmd.uscourts.gov, wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:4277589@ncmd.uscourts.gov
Subject:Activity in Case 1:25-mj-00342-JLW USA v. TAYLOR Initial Appearance - Rule 5
Content-Type: text/html
```

# U.S. District Court

# North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 8/27/2025 at 11:21 AM EST and filed on 8/27/2025

| | |
|---|---|
| **Case Name:** | USA v. TAYLOR |
| **Case Number:** | 1:25–mj–00342–JLW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DAVID TAYLOR held on 8/27/2025. AUSA JoAnna McFadden. AFPD Mireille Clough present and appointed. Defendant advised of rights and charges. Defendant waives hearings to which he may be entitled in the MDNC and requests a detention hearing and court appointed counsel in the prosecuting district. Proceedings recorded. (pl)**

**1:25–mj–00342–JLW–1 Notice has been electronically mailed to:**

**1:25–mj–00342–JLW–1 Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25MJ342-1 |
| | ) | |
| DAVID TAYLOR | ) | |

### ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice requires appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Mireille Clough is appointed to represent Defendant in this action.

This, the 27th day of August, 2025.

Joe L. Webster
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED AUG 2 7 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25MJ342-1 |
| DAVID TAYLOR | ) | |
| Defendant | ) | Charging District's Case No. 2:25-cr-20560 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Eastern District of Michigan__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court. *Requesting a Court Appted Lawyer.*

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 08/27/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mireille Clough, Defense Counsel
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:25MJ342-1 |
| DAVID TAYLOR | ) |
| *Defendant* | ) Charging District's |
| | ) Case No. 2:25-cr-2056 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the ___Eastern___ District of ___Michigan___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 08/27/2025

_____
*Judge's signature*

Joe L. Webster, United States Magistrate Judge
*Printed name and title*